# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130757

VINCENT DiLORENZO and ANGELA
TINERVIA,
            Plaintiffs-Appellants,

v                                                   SC: 130757
                                                    COA: 255432
                                                    Ingham CC: 03-000174-MZ
STATE OF MICHIGAN, COMMISSIONER
OF THE OFFICE OF FINANCIAL AND
INSURANCE SERVICES,
            Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the December 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006                    _____
                                                    Clerk

t0619